THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 225-5850
Email: tseabaugh@seabaughfirm.com

JS-6

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE BYNUM,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. 2:21-cv-4453-JPR<br><br>**ORDER** |

    This matter having settled, all parties to this action have submitted a joint stipulation for dismissal and proposed order. The Court adopts the stipulation and orders as follows.

    All claims herein, and the entire action, are dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1). Each party will bear its own attorneys' fees and costs.

    SO ORDERED.

Dated: 12/5/2024

By: _/s/ Jean Rosenbluth_____
United States Magistrate Judge